# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NELSON PEREZ QUINONES,**

      **Plaintiff,**

v.                                        Case No: 6:18-cv-2083-Orl-22GJK

**CARTERET MANAGEMENT CORPORATION,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice (Doc. No. 20) filed on July 2, 2019.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties file a Joint Notice of Non-Objection (Doc. No. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 15, 2019 (Doc. No. 22), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice is hereby GRANTED.

3. The Court APPROVES the settlement as a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2019.

                                                                  ANNE C. CONWAY
                                                                  United States District Judge

Copies furnished to:

Counsel of Record